

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| LONNIE MATTHEWS AND | | No. 08-15-00112-CV |
| ARTIMUS C. MATTHEWS, | § | |
| | | Appeal from the |
| Appellants, | § | |
| | | 414th District Court |
| v. | § | |
| | | of McLennan County, Texas |
| ALLIANCE BANK CENTRAL | § | |
| TEXAS, W.C. HALEY, AND | | (TC# 2014-4754-5) |
| LYNDON L. OLSON, SR., | § | |
| | | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF MAY, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.